**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-00057-CMA-MEH

JEREMY WILLIAMS,

    Applicant,

v.

JOE ORTIZ, Colorado Department of Corrections Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER ADOPTING AND AFFIRMING MAY 29, 2007
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the recommendation by the Magistrate Judge that Applicant's application for a writ of habeas corpus be denied.

Applicant has objected to these recommendations. In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendations and Applicant's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct. Accordingly,

IT IS ORDERED that the May 29, 2007 Recommendation for Dismissal by the United States Magistrate Judge (Doc. # 17) is ACCEPTED and, for the reasons cited therein, Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. # 3) is DENIED.

    DATED: November __18__, 2008

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge